CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Abel Macias-Contreras

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABEL MACIAS-CONTRERAS,<br><br>Defendant. | Case No.: 2:18-CR-219 MCE<br><br>ORDER REGARDING COMPETENCY EXAMINATION OF DEFENDANT PURSUANT TO 18 USC §4241(a) |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, James Conelly, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Defendant Abel Macias-Contreras, that the status conference in this matter currently scheduled for April 11, 2019, at 10:00 a.m. be vacated, and the matter be continued to this court's criminal calendar on July 25, 2019, at 10:00 a.m. for further status conference regarding Defendant's competency.

This matter came before the Court for a status conference on January 3, 2019, at 10:00 a.m. Defense counsel expressed his concern about the defendant's ability to assist in his own defense and, pursuant to 18 USC § 4241(a), orally moved for the Court to order an evaluation of Defendant's competency. After further inquiry from the court, in addition to the concerns articulated by defense counsel, and based on Defendant's in-court behavior, the Court ordered the Defendant evaluated pursuant to 18 U.S.C. §§

4241(b) and 4247(c).  At that time, the Court granted the parties' request to exclude time pursuant to Local Code A, in light of the delay that would result from the time needed to evaluate the Defendant and prepare the competency report.  As of April 1, 2019, Mr. Macias-Contreras remains at Sacramento County Main Jail, and has yet to be evaluated.

    IT IS FURTHER STIPULATED by the parties that Mr. Macias-Contreras undergo competency evaluation pursuant to 18 USC §§ 4241(b) and 4247(c), and that a report on his competency be prepared, accordingly.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), in addition to Local Code A, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     April 1, 2019          /S/     James Conolly
                                           McGregor Scott
                                           by JAMES CONOLLY
                                           Attorney for Plaintiff

                                           /S/     Clemente M. Jiménez
                                           CLEMENTE M. JIMÉNEZ
                                           Attorney for Abel Macias-Contreras

# ORDER

The Court, having found that Defendant's behavior provides reasonable cause to believe that he may be presently suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings or to assist in the preparation of his defense,

IT IS SO ORDERED, that:

1. Defense counsel's oral motion for a competency evaluation of Defendant is granted.
2. The Defendant is committed to the custody of the Attorney General, who shall find a suitable facility to evaluate him pursuant to 18 U.S.C. §§ 4241(b) and 4247(c).
3. The Defendant shall be examined and a written report regarding his competency provided on or before July 25, 2019.
4. The current status conference scheduled for April 11, 2019, at 10:00 a.m., is vacated and the matter set for a status conference regarding Defendant's competency on July 29, 2019, at 10:00 a.m.
5. Time under the Speedy Trial Act is excluded from the period of April 11, 2019, up to and including July 29, 2019, under 18 U.S.C. §3161(h)(7)(A), (B)(iv), and Local Code A.

IT IS SO ORDERED.

Dated: April 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE