CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ABEL MACIAS CONTRERAS, aka Victor Oseguera

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ABEL MACIAS CONTRERAS,<br>a.k.a. Victor Oseguera,<br><br>  Defendant. | Case No.: 2:18-cr-219 MCE<br><br>DEFENDANT'S WAIVER OF PERSONAL APPEARANCE AND CONSENT TO APPEAR VIA VIDEO TELECONFERENCE<br><br>DATE:  February 4, 2021<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Morrison C. England, Jr. |

Pursuant to CARES Act §15002(b), ABEL MACIAS CONTRERAS, a.k.a. VICTOR OSEGUERA, by and through his counsel of record, Clemente M. Jiménez, consents to proceed with change of plea via video teleconference. Counsel has advised Mr. Oseguera of his right to be personally present for his hearing, and also discussed waiving his personal appearance and appearing via video teleconference. Mr. Oseguera waives his right to personally appear for change of plea on February 4, 2021 and consents to appear by video teleconference.

///
///
///
///

18cr219.o.0207                                    - 1 -

Pursuant to Gen. Order 616, counsel for Mr. Oseguera has signed this waiver on his behalf.

DATED: February 3, 2021        /s/    VICTOR OSEGUERA
                                VICTOR OSEGUERA

I agree and consent to Mr. Oseguera's appearance by video teleconference.

DATED: February 3, 2021        /S/    Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for ABEL MACIAS CONTRERAS
                                       a.k.a. Victor Oseguera

**ORDER**

IT IS SO ORDERED.

Dated: February 8, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE