1  CLEMENTE M. JIMÉNEZ
2  California State Bar Number 207136
   431 I Street, Suite 102
3  Sacramento, CA 95814
   (916) 443-8055
4
5  Attorney for Abel Macias-Contreras

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,              CASE NO.  2:18-CR-219-KJM
11
                        Plaintiff,
12                                        STIPULATION AND ORDER TO DEEM
                  v.                      DEFENDANT TIME SERVED AND TO FURTHER
13                                        ORDER HIS RELEASE FORTHWITH
   ABEL MACIAS-CONTRERAS,
14 a.k.a. Victor Manuel Gonzalez-Oseguera,

15                      Defendant.

16

17       On, March 25, 2021, the defendant, Abel Macias-Contreras, a.k.a. Victor Gonzalez-Oseguera,

18 was sentenced to a term of 33 months for violating 18 USC 922(g)(1) – felon in possession of a firearm.

19 At the time of sentencing, the parties contemplated that Mr. Macias-Contreras would be time served,

20 since he had been in custody since September 26, 2018, and taking into account his sentence credits.

21       At the time the defendant was sentenced in this matter, the defendant was subject to an ensuing

22 state sentence resulting from other offenses that arose from the same arrest as his offense of conviction

23 in this Court.  Though Mr. Macias-Contreras had been transferred to the physical custody of the US

24 Marshals from Siskiyou County in October 2018, Siskiyou County never relinquished formal custody.

25 This fact was unknown to the parties at the time and remained unknown to them at the time of

26 sentencing in his federal case.

27       Following imposition of sentence on this matter, Mr. Macias-Contreras was transferred to the

28 custody of Siskiyou County to face charges stemming from the same course of conduct that formed the

                                    1

1 basis for his plea in this case.  Following his plea in Siskiyou County on May 18, 2021, to a violation of

2 PC 114 – possession of false government documents, and PC 530.5 – identity theft, he was sentenced to

3 a term of five years, to run concurrent with his federal sentence.

4       Defense counsel spoke with both the Siskiyou County prosecutor and Mr. Macias-Contreras'

5 defense counsel in Siskiyou County.  The parties in the Siskiyou case had also contemplated that Mr.

6 Macias-Contreras would do no additional time as a result of his plea and sentence in the Siskiyou

7 County case.

8       All parties in both state and federal cases contemplated that Mr. Macias-Contreras would serve

9 no additional time in custody following disposition of his cases.

10       In an effort to rectify the sentencing error, the parties sought an order from the court (ECF #64)

11 on November 19, 2021, specifying that his state and federal sentences were to run concurrently.  The

12 court granted the parties' request (ECF #68).

13       Despite the intent of all the parties that Mr. Macias-Contreras be released, he remains in the

14 custody of the Bureau of Prisons.

15       On September 19, 2022, Lynda Moore, with US Probation, informed defense counsel that she

16 had been able to communicate with the Bureau of Prisons regarding Mr. Macias-Contreras' situation.

17 Per BOP, because Siskiyou County never relinquished formal custody to federal authorities, Mr.

18 Macias-Contreras only accumulated 35 days of credit, despite his federal case pending for nearly three

19 years.   BOP notified Ms. Moore that the only way to rectify any custody credit issues would be through

20 a court order modifying Mr. Macias-Contreras' sentence to time served.

21       The Bureau of Prisons sets Mr. Macias-Contreras' release date as June 24, 2023, which will

22 amount to a total period of actual incarceration of 57 months.  This was clearly not the intent of any of

23 the parties in either state or federal proceedings.

24       For these reasons, the parties by way of proposed stipulation respectfully request that the court

25 deem Mr. Macias-Contreras time served and order his release forthwith. IT IS SO STIPULATED.

26 //

27 //

28 //

2

1

2   DATED:  September 19, 2022

PHILLIP A. TALBERT
United States Attorney

3

4   /s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

5

6

7   DATED:  September 19, 2022                    /s/ CLEMENTE JIMÉNEZ
CLEMENTE JIMÉNEZ
Counsel for Defendant
8   ABEL MACIAS-CONTRERAS,
AKA, VICTOR GONZALEZ-
9   OSEGUERA

10

11

12                          **FINDINGS AND ORDER**

The Court, having read the forgoing stipulated facts and the parties' request, and finding good
13
cause based thereon, hereby ORDERS that the judgment entered against the defendant in this matter be
14
amended to indicate that the 33-month term of incarceration has been satisfied, that the defendant is time
15
served, and that he should be released from custody forthwith.
16

IT IS SO FOUND AND ORDERED this 29th day of September, 2022.
17

18

19
_____
20                          CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

3