HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ABEL MACIAS CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-00219-KJM |
| Plaintiff, | |
| vs. | **ORDER SEALING MEDICAL RECORDS** |
| ABEL MACIAS CONTRERAS aka VICTOR GONZALEZ, | Chief Judge Hon. Kimberly J. Mueller |
| Defendant-Movant. | |

The Court hereby seals Exhibits A through E attached to Defendant's Unopposed Motion for Early Termination of Supervised Release under Federal Rules of Criminal Procedure, Rule 49.1(d) and (e) and Local Rule 141 because they are Mr. Macias Contreras' confidential medical records. *See Abbey v. Hawaii Employers Mut. Ins. Co. (HEMIC)*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010) ("The need to protect medical privacy qualifies as a 'compelling reason' that overcomes the presumption of public access to judicial records.")

DATED: April 17, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE